FILED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

09 SEP 17 PM 2: 52

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

---

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 1:09CR34-03 |
| Plaintiff | : |
| | : |
| -vs- | : |
| | : |
| FRANK PISANO | : ORDER ACCEPTING PLEA AGREEMENT |
| | : AND JUDGMENT AND NOTICE OF |
| Defendant | : HEARING |
| | : |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Frank Pisano which was referred to the Magistrate Judge with the consent of the parties.

On 25 March 2009, the government filed a four-count indictment against Frank Pisano for conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h) and money laundering in violation of 18 U.S.C. § 1956(a)(3)(B) and (C). On 9 April 2009, a hearing was held in which Frank Pisano entered a plea of not guilty before Magistrate Judge McHargh. On 27 August 2009, Magistrate Judge McHargh received Frank Pisano's plea of guilty and issued a Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Frank Pisano is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Frank Pisano is adjudged guilty of Count One in violation of 18 U.S.C. § 1956(h).

Sentencing will be:

**12 November 2009 at 11:30 a.m.**

**Courtroom 19-A**
**19th Floor, United States District Court**
**801 West Superior Avenue**
**Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 9/16/09

UNITED STATES DISTRICT JUDGE

2